NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN L. SANDERS,                                )
                                                )
            Appellant,                          )
                                                )
v.                                              )        Case No. 2D17-2936
                                                )
STATE OF FLORIDA,                               )
                                                )
            Appellee.                           )
                                                )
_____     )

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee.

PER CURIAM.

            Affirmed.

CASANUEVA, KELLY, and ATKINSON, JJ., Concur.